IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CHASTIN BETRON MOORE,

    Plaintiff

VS.

Deputy Warden JAMES HINTON,       NO. 5:13-CV-93 (MTT)
*et al.*,

    Defendants

**O R D E R**

    Plaintiff **CHASTIN BETRON MOORE**, an inmate at Macon State Prison, has filed two motions to proceed *in forma pauperis* ("IFP") on appeal (Docs. 13, 16) from the Court's June 3, 2013 Order (Doc. 8), which dismissed Plaintiff's *pro se* civil rights complaint. In the Court's best judgment, an appeal from its Order cannot be taken in good faith. 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3). Plaintiff's motions to proceed IFP on appeal are accordingly **DENIED**.

    If Plaintiff wishes to proceed with his appeal, he must pay the entire $455 appellate filing fee. Because Plaintiff has stated that he cannot pay the fee immediately, he must pay using the partial payment plan described under 28 U.S.C. § 1915(b). Pursuant to section1915(b), the prison account custodian shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to Plaintiff's account (to the extent the account balance exceeds $10) until the $455

appellate filing fee has been paid in full. Checks should be made payable to "Clerk, U.S. District Court."

The Clerk of Court is **DIRECTED** to send a copy of this Order to the business manager at Macon State Prison.

Also before the Court is Plaintiff's motion for appointment of counsel (Doc. 14). The Court appoints counsel only in exceptional circumstances. *See Holt v. Ford*, 682 F.2d 850, 853 (11th Cir. 1989). Plaintiff has not shown the exceptional circumstances necessary for this Court to order counsel for Plaintiff. Said motion is therefore **DENIED**.

**SO ORDERED**, this 11th day of July, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

cr